Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Tel.: (713) 751-0400
Fax: (713) 751-0906
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD EVANS, *individually and behalf of others similarly situated,* <br><br> *Plaintiff,* <br><br> v. <br><br> ACCURATE BACKGROUND, LLC <br><br> *Defendant*. | Case No. 16-cv-188-DOC-JCG <br><br> **NOTICE OF DISMISSAL OF CLAIMS** |

**NOTICE OF DISMISSAL OF CLAIMS**

Plaintiff Donald Evans, individually and on behalf of others similarly situated, voluntarily dismisses all of the claims he asserts in this case, without prejudice. Defendant Accurate Background, LLC has not yet filed an answer or a motion for summary judgment, so Evans's voluntary dismissal is permissible without an order by this Court. FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: March 18, 2016                     Respectfully submitted,

By:  */s/ Michael A. Caddell*
Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
bcw@caddellchapman.com
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Tel.: (713) 751-0400
Fax: (713) 751-0906
*Attorneys for Plaintiff*